JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROBERT DEL VALLE, | ) | NO. CV 12-4988-CJC (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| P. VASQUEZ, WARDEN, N.K.S.P., | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice as to Ground Two and with prejudice as to Ground One.

DATED: <u>January 3, 2013</u>.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE